# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 01, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-50457   USA v. Villa
                 USDC No. 7:19-CV-192

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

Ms. Jeannette Clack
Mr. Joseph H. Gay Jr.
Mr. Dominic Villa

# United States Court of Appeals
# for the Fifth Circuit

No. 20-50457

United States Court of Appeals
Fifth Circuit
**FILED**
June 1, 2021
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Dominic Villa,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:19-CV-192

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

A member of this panel previously DENIED Appellant's motion for a certificate of appealability. The panel has considered Appellant's motion for reconsideration.

IT IS ORDERED that the motion is DENIED.